EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2021 TSPR 48 |
| Ismael Cuevas Borrero | 206 DPR _____ |

Número del Caso:  TS-11,028

Fecha:  14 de abril de 2021

Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Ismael Cuevas Borrero                TS-11,028


RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de abril de 2021.

Luego de examinar la *Urgentísima moción informativa, en solicitud de reinstalación al ejercicio de la abogacía y so[metiendo] certificado de cumplimiento* presentada por el Sr. Ismael Cuevas Borrero el 7 de abril de 2021, se autoriza su reinstalación al ejercicio de la abogacía. Asimismo, se declara ha lugar su petición de inactivación en el ejercicio de la notaría. Se ordena a la Secretaría de este Tribunal a registrar el correspondiente cambio de estatus en el Registro Único de Abogados y Abogadas (RUA).

Se apercibe al Lcdo. Ismael Cuevas Borrero que en lo sucesivo deberá dar fiel cumplimiento a los deberes impuestos por el Código de Ética Profesional, 4 LPRA Ap. IX, así como atender diligentemente los señalamientos y requerimientos de este Tribunal, y del Programa de Educación Jurídica Continua.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina